STEWART, APPELLANT *v.* KENNEDY ET AL., APPELLEES.

[Cite as *Stewart v. Kennedy* (1994), 70 Ohio St.3d 536.]

(No. 93–2038—Submitted September 14, 1994—Decided October 12, 1994.)

---

*Thomas A. Gelwicks,* for appellant.

*Mulholland & Associates, Donald L. Weber* and *Michael L. Weber,* for appellees.

---

The judgment of the court of appeals is reversed on the authority of *Ault v. Jasko* (1994), 70 Ohio St.3d 114, 637 N.E.2d 870, and the cause is remanded to the trial court for application of *Ault.*

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent.